DEFENDANT:        SHANE LEE ALLEN

YOB:        1970

ADDRESS:        Park County, Colorado

OFFENSE(S):        Counts One and Two:  Failure to Register as a Sex Offender, 18 U.S.C. § 2250.

LOCATION OF OFFENSE:        Park County, Colorado

PENALTY:        Counts One and Two:  NMT 10 years imprisonment, $250,000 fine, or both;  NMT 5 years, NLT life supervised release; $100 Special Assessment.

AGENT:        Lloyd Clark
Deputy Marshal, USMS

AUTHORIZED BY:        Judith A. Smith
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less

THE GOVERNMENT

X    will seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:       _ Yes  X  No