# United States District Court

_____ DISTRICT OF COLORADO _____

UNITED STATES OF AMERICA

v.                                          **WARRANT FOR ARREST**

SHANE LEE ALLEN

CASE NUMBER: *10-mj-01071-MEH*

To:  The United States Marshal
   and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest_____SHANE LEE ALLEN_____
                                              **Name**

**and bring him/her forthwith to the nearest magistrate to answer a**

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation
Violation Petition

**charging him or her with** (brief description of offense)

Failure to Register, 18 U.S.C. § 2250

Michael E. Hegarty
United States Magistrate Judge
Denver, Colorado                                    U.S. Magistrate Judge
_____                     _____
**Name of Issuing Officer**                            **Title of Issuing Officer**


                                                          Denver, Colorado
_____                     _____
**Signature of Issuing Officer**                         **Date and Location**


Bail fixed at $_____   by_____
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |