# United States District Court

_____ DISTRICT OF COLORADO _____

UNITED STATES OF AMERICA

v.

SHANE LEE ALLEN

**WARRANT FOR ARREST**

CASE NUMBER: 10-Mj-01071-MEH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____SHANE LEE ALLEN_____
Name

and bring him/her forthwith to the nearest magistrate to answer a

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Failure to Register, 18 U.S.C. § 2250

Michael E. Hegarty
United States Magistrate Judge
Denver, Colorado
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_Michael E Hegarty_
Signature of Issuing Officer

Denver, Colorado
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 04/15/10 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/15/10 | Montrose CO S.O. RANDALL A. JONES DEPUTY | _Randall Jones_ |