IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANE LEE ALLEN,

    Defendant.

## INDICTMENT

18 U.S.C. §§ 2250(a)(1), (2)(B), (3)

The Grand Jury charges that:

## COUNT ONE

From in or about and between January 2009, and on or about July 22, 2009, in the State and District of Colorado and elsewhere, the defendant, SHANE LEE ALLEN, being a person who traveled in interstate commerce and a person required to register under the Sex Offender Registration and Notification Act, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a)(1), (2)(B), (3).

## COUNT TWO

From in or about and between September 2009, and on or about December 5, 2009, in the State and District of Colorado and elsewhere, the defendant, SHANE LEE ALLEN, being a person who traveled in interstate commerce and a person required to register under the Sex Offender Registration and Notification Act, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a)(1), (2)(B), (3).

A TRUE BILL:


 Ink signature on file in the Clerk's Office
FOREPERSON


DAVID M. GAOUETTE
United States Attorney


By:  s/ Judith A. Smith
Judith A. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Judith.Smith3@usdoj.gov
Attorney for Government