DEFENDANT:	SHANE LEE ALLEN

YOB:	1970

COMPLAINT FILED?	___X___ Yes    _____ No

If Yes, MAGISTRATE CASE NUMBER  10-mj-01071-MEH

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __X___ Yes    _____ No

If No, a new warrant is required

OFFENSE(S):	Counts One and Two:  Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)(1), (2)(B), (3).

LOCATION OF OFFENSE:	Park County, Colorado

PENALTY:	Counts One and Two:  NMT 10 years imprisonment, $250,000 fine, or both;  NMT 5 years, NLT life supervised release; $100 Special Assessment.

AGENT:	Lloyd Clark
United States Deputy Marshal

AUTHORIZED BY:	Judith A. Smith
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less

THE GOVERNMENT

X__ will seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:	__ Yes  X  No

1