IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

| | |
|---|---|
| Criminal Case No.:   10-mj-01071-MEH | Deputy: M. Spolar |
| Date:   April 21, 2010 | Recorder: Grand Junction |
| UNITED STATES OF AMERICA, | Wyatt Angelo |
| Plaintiff,<br>vs. | |
| SHANE LEE ALLEN, | Michele Devlin |
| Defendant. | |

## ARRAIGNMENT & DISCOVERY CONFERENCE

Court in Session:   11:32 a.m.

Court calls case and appearances of counsel.  Defendant is present and in custody with Michele Devlin.

Defendant waives further advisement or reading of Indictment.

Defendant pleads NOT GUILTY to Counts One and Two of the Indictment, Did Knowingly Fail to Register and Update His Registration as Required by the Sex Offender Registration and Notification Act.

Court accepts the plea of not guilty to Counts One and Two of the Indictment, Did Knowingly Fail to Register and Update His Registration as Required by the Sex Offender Registration and Notification Act in violation of 18 U.S.C. § 2250(a)(1), (2)(B), (3).

Court tendered a Discovery Conference Memorandum and Order.

Speedy Trial Act
30 days     05/19/2010
70 days     06/24/2010
90 days     07/14/2010

Mr. Angelo requests an additional ten (10) days to provide further discovery.

Ms. Devlin has no objection.

Court accepts plea and Discovery Conference Memorandum and Order.

**ORDERED:**   Counsel to contact District Judge Robert E. Blackburn's chambers for further proceedings in 10-cr-00210-REB.

**ORDERED:**    Defendant is ordered detained and REMANDED to the custody of the U.S. Marshal.

Hearing concluded
Court in Recess:   11:38 a.m.

Hearing duration:   6 minutes