IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

| | |
|---|---|
| Criminal Case No.:   10-mj-01071-MEH | Deputy: M. Spolar |
| Date:   April 20, 2010 | Recorder: Grand Junction |
| UNITED STATES OF AMERICA, | Wyatt Angelo |
| Plaintiff, | |
| vs. | |
| SHANE LEE ALLEN, | Michele Devlin |
| Defendant. | |

## DETENTION HEARING

Court in Session:   1:02 p.m.

Court calls case and appearances of counsel.  Defendant is present and in custody with Michele Devlin.

Sherrie Blake, Probation Officer, is present for pretrial services.

Defendant waives further advisement or reading of Indictment.

Ms. Devlin's argument re: Defendant's criminal history and request for electronic monitoring.

Mr. Angelo's response argument.

Court's comments.

The Court finds that Defendant has not met his burden of proof and is likely to flee and poses a danger to the safety of other persons and the community.  No condition or combination of conditions for release will reasonably assure flight or the safety of the community.

**ORDERED:**   Arraignment and Discovery Conference set for April 21, 2010 at 11:30 a.m.

**ORDERED:**    Defendant is ordered detained and REMANDED to the custody of the U.S. Marshal.

Hearing concluded
Court in Recess:   1:18 p.m.

Hearing duration:   16 minutes