IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.:   10-mj-01071-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SHANE LEE ALLEN,

       Defendant.

## ORDER OF DETENTION

THIS MATTER came before the Court for a Detention hearing on April 20, 2010. Present were the following: Wyatt Angelo, Assistant United States Attorney, Michele Devlin, counsel for the Defendant, the Defendant, and Sherrie Blake from Probation. The Court heard statements by counsel and has taken judicial notice of the file and the Pretrial services Report, and based thereon makes the following **Findings:**

1. The Court has jurisdiction of this case and venue is proper in this Court;
2. Defendant has had a full and fair opportunity to contest the issue whether he should be detained pending a resolution of this case;
3. There exists a rebuttable presumption, pursuant to 18 U.S.C. (e)(2) that no condition or combination of conditions will reasonable assure the safety of any other person and the community if the Defendant has been convicted of a state or local offense described in title 18 U.S.C. § 3142(f)(1)(A), i.e., a crime of violence.  Defendant's criminal history includes convictions for both felony and misdemeanor assault.  There is no sufficient evidence in the record to overcome the rebuttable

presumption referenced;

4. The Government has the burden of proof by a preponderance of the evidence that there is no condition or combination of conditions that will establish that Defendant is not a flight risk. That burden has been satisfied.;

**IT IS HEREBY ORDERED** that Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and **IT IS FURTHER ORDERED** that the Defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and,

**IT IS FURTHER ORDERED** that upon order of this Court or on request of an attorney for the United States of America, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of appearance in connection with further proceedings.

The next appearance of Defendant is set for Arraignment and Discovery Conference on April 21, 2010 at 11:30 a.m. in Grand Junction, Colorado.

Dated this 20th day of April, 2010.

BY THE COURT:

_____
Laird T. Milburn
U.S. Magistrate Judge