IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.     10-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANE LEE ALLEN,

    Defendant.

_____

**NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA HEARING**
_____

1. Shane Allen, by and through undersigned counsel, Michele Devlin, hereby notifies the Court a disposition has been reached in the above-entitled case. Mr. Allen requests that this matter be set for a change of plea hearing.

2. Counsel also requests that the Court vacate the motions hearing setting conference on May 24, 2010. Counsel has not filed any pre-trial motions.

DATED at Grand Junction, Colorado this 13th day of May, 2010.

                PETERS, NOLAN & DEVLIN, LLC.

                By  /s/ Michele Devlin
                  Michele L. Devlin (No. 36429)
                  Attorneys for Defendant
                  851 Grand Avenue
                  Grand Junction, CO 81501
                  (970) 241-0101 (970) 255-6660 Fax
                  micheleldevlin@qwestoffice.net

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 13th day of May, 2010, a true and correct copy of the foregoing was placed in the U.S. District Court CM-ECF *, U.S. Mail **, as indicated to the following:

United States District Court *
CM-ECF

Judith Smith **
Assistant United States Attorney
Office of the U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202

United States Probation **
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

                                                /s/ Michele Devlin_____