✎AO 442    (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| SHANE LEE ALLEN | Case Number: 10-cr-00210-REB-01 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST  _____SHANE LEE ALLEN_____
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☒ Supervised Release Violation    ☐ Violation Notice

charging him or her with   (brief description of offense)

1) Failure to Reside In/Comply with Rules of Residential Reentry Center (RRC); and

2) Failure to Participate in Sex Offender Specific Treatment as Directed by the Probation Officer.

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/M. Fields |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | April 29, 2013, Denver, Colorado |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |