IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.10-cr-00210-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   SHANE LEE ALLEN,

Defendant.
_____

## NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    WARREN R. WILLIAMSON
    Federal Public Defender, Interim


    s/ Virginia L. Grady
    VIRGINIA L. GRADY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:         (303) 294-1192
    Virginia.Grady@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013 I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Judith A. Smith
> Assistant U.S. Attorney
> Email: judith.smith3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> s/ Virginia L. Grady
> VIRGINIA L. GRADY
> Assistant Federal Public Defender
> 633 Seventeenth Street, Suite 1000
> Denver, Colorado  80202
> Telephone:   (303) 294-7002
> FAX:            (303) 294-1192
> Virginia.Grady@fd.org
> Attorney for Defendant