◆AO 442    (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Colorado

UNITED STATES OF AMERICA

V.

SHANE LEE ALLEN

## WARRANT FOR ARREST

Case Number:  10-cr-00210-REB-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____ SHANE LEE ALLEN _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court

☐ Pretrial Release Violation Petition     ☐ Probation Violation Petition     ☒ Supervised Release Violation     ☐ Violation Notice

charging him or her with   (brief description of offense)

1) Failure to Reside In/Comply with Rules of Residential Reentry Center (RRC); and

2) Failure to Participate in Sex Offender Specific Treatment as Directed by the Probation Officer.

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/M. Fields |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | April 29, 2013, Denver, Colorado |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

Denver Co

| DATE RECEIVED 4-30-13 | NAME AND TITLE OF ARRESTING OFFICER  | SIGNATURE OF ARRESTING OFFICER  |
|---|---|---|
| DATE OF ARREST 4-30-13 | | |