**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00210-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SHANE LEE ALLEN,

      Defendant.

---

# MINUTE ORDER[1]

---

      Due to a conflict arising on the court's calendar, the jury trial in 10-cv-01569-REB-KMT, *Duran v. Koehler*, the revocation of supervised release hearing set in this case on July 25, 2013, should be vacated and reset.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the revocation of supervised release hearing set for July 25, 2013, is **VACATED** and is **CONTINUED** pending further order of court;

      2.  That on **July 25, 2013**, commencing at 1:30 p.m., the court shall conduct a telephonic setting conference to reset the revocation hearing; and

      3.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  July 15, 2013

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.