# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHANE LEE ALLEN,

    Defendant.

---

## MINUTE ORDER[1]

---

On July 25, 2013, the court conducted a telephonic setting conference to reset the revocation of supervised release hearing in this matter.  After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

    1.  That on **November 14, 2013**, commencing at 11:00 a.m, the court shall conduct the revocation of supervised release hearing for this defendant; and

    2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  July 25, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.