IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.10-cr-00210-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   SHANE LEE ALLEN,

Defendant.
_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender, Interim


    s/ Scott T. Varholak
    SCOTT T. VARHOLAK
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:            (303) 294-1192
    Scott_Varholak@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2013 I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Judith A. Smith
    Assistant U.S. Attorney
    Email: judith.smith3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Shane Allen  (via Mail)

    s/ Scott T. Varholak
    SCOTT T. VARHOLAK
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:            (303) 294-1192
    Scott_Varholak@fd.org
    Attorney for Defendant