IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.10-cr-00210-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   **SHANE LEE ALLEN**,

Defendant.

_____

### MOTION TO WITHDRAW
_____

Virginia L. Grady, Federal Public Defender, Interim, hereby moves to withdraw as counsel for the defendant.  Assistant Federal Public Defender Scott T. Varholak has entered his appearance.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender, Interim


    s/ Virginia L. Grady
    VIRGINIA L. GRADY
    Federal Public Defender, Interim
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Virginia_Grady@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I electronically filed the foregoing

**MOTION TO WITHDRAW**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Judith A. Smith
>Assistant U.S. Attorney
>Email: judith.smith3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Mr. Shane Allen (*U.S. Mail*)

>s/ Virginia L. Grady
>VIRGINIA L. GRADY
>Federal Public Defender, Interim
>633 Seventeenth Street, Suite 1000
>Denver, Colorado  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Virginia_Grady@fd.org
>Attorney for Defendant