IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00210-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      SHANE LEE ALLEN,

      Defendant.

## ORDER

It is hereby **ORDERED** that the Motion to Withdraw filed by Virginia Grady [filed October 3, 2013; docket #47] is **GRANTED**. Ms. Grady's representation of Defendant is hereby terminated. Defendant shall continue to be represented by Scott Varholak.

Dated at Denver, Colorado, this 4th day of October, 2013.

                                          BY THE COURT:

                                          Michael E. Hegarty
                                          United States Magistrate Judge