IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                  November 14, 2013

Courtroom Deputy:  Kathleen Finney
Court Reporter:       Tracy Weir
Probation Officer:    Garret Pfalmer

**Criminal Action No.  10-cr-00210-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,              Judith Smith

   Plaintiff,

v.

SHANE LEE ALLEN,                              Scott Varholak

   Defendant.

## COURTROOM  MINUTES

**Hearing on Supervised Release Violation**

**11:05 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Opening statements by the court.

Counsel for the government confirms that counsel has read the Petition on Supervised Release [#34] filed April 29, 2013 and the Supervised Release Violation Report [#50] filed October 28, 2013.

Counsel for the defendant informs the court that counsel has read and discussed the

Petition and the Supervised Release Violation Report with the defendant.

The defendant admits to violations 1 through 3 alleged in the Petition.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of disposition, and comments on the probation officer's determinations and other matters affecting disposition.

Statement by the defendant.

Statement by government's counsel.

Statement by probation officer.

The court enters findings of fact, conclusions of law, and orders.

**IT IS ORDERED** as follows:

1. That the petition of the probation department seeking a revocation of supervised release is sustained, and the relief therein is granted, but only insofar as consistent with the foregoing findings and conclusions and the following orders;

2. That the defendant's sentence to supervised release is terminated effective immediately, and the defendant is re-sentenced to the Bureau of Prisons for a term of **eight (8) months**;

3. That following his release from the Bureau of Prisons, the defendant shall be placed on supervised release for a term of **five (5) years**;

4. That within 72 hours of his release from imprisonment, the defendant shall report in person to the United States probation department within the federal district to which he is released;

5. That while on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this court, and the following special or explicit conditions of supervised release:

    • that the defendant shall undergo substance abuse, mental health, sex offender counseling, therapy, testing, and education as prescribed by any evaluation or evaluator or as required reasonably by the probation officer or as ordered by the court;

    • that the defendant shall continue to have no contact or

        communication with minors without the advanced express consent of his probation officer;

6. That presentence confinement credit be determined by the Bureau of Prisons under 18 U.S.C. Section 3585;

7. That the extant orders, including but not limited to the judgment of conviction and sentence of this court, are amended and supplemented to the extent necessary to facilitate and implement these orders;

8. That the court recommends designation of the defendant a detention facility within the state and district of Colorado, preferably in the Denver metro area; and

9. That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentence imposed by the Court.

**11:55 a.m.   Court in recess.**

Total time in court:   00:50

Hearing concluded.